RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Michael Thompson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL THOMPSON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00268-JAD-NJK<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Michael Thompson, that the Initial Appearance currently scheduled on October 28, 2020 at 10:00 a.m., be vacated and continued to October 28, 2020 at 3:00 p.m.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has a conflicting hearing scheduled for the same time (10 a.m. on Oct. 28) in another courtroom.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1  This is the first request for a continuance of the Initial Appearance.

2  DATED this 26th day of October, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL THOMPSON,<br><br>          Defendant. | Case No. 2:20-cr-00268-JAD-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Arraignment and Plea currently set for Wednesday, October 28, 2020 at 10:00 a.m., be vacated and continued to October 28, 2020 at the hour of 3:00 p.m.

　　　DATED: October 26, 2020.

_____
UNITED STATES MAGISTRATE JUDGE