CHRISTOPHER CHIOU
Acting United States Attorney
RACHEL KENT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Rachel.Kent@usdoj.gov
*Representing the United States of America*

TELIA MARY U. WILLIAMS
Nevada State Bar #9359
Law Office of Telia U. Williams
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
T: (702) 835-6866
telia@telialaw.com

*Representing the defendant,
Michael Thompson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-268-JAD-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE RESPONSE TO GOVERNMENT'S PRE-TRIAL MOTIONS** |
| vs. | ECF No. 44 |
| MICHAEL THOMPSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia Mary U. Williams, counsel for the defendant, Michael Thompson, and Christopher Chiou, Acting United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the Government, that the defendant's response to its Motion in Limine, currently due April 2, 2021, be continued two weeks to April 16, 2021.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a trial that is going forward in short order, and needs more time to respond, as well as, to confer with the defendant, Michael Thompson, about discovery and trial strategy that may have an impact on the defendant's response to the motions in limine.
2. Defense counsel needs to more carefully consider these issues prior to responding.
3. This is the first request for a continuance to respond to the Government's motions.

DATED: April 2, 2021

LAW OFFICE OF TELIA U. WILLIAMS

By: /s/ Telia Mary U. Williams

Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for Defendant,*
*Michael Thompson*

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

By: /s/ Rachel Kent

Rachel Kent, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89106
Tel.: (702) 388-6336
*Attorney for the United States*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 6, 2021