# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:20-cr-00268-JAD-NJK |
| Plaintiff | |
| v. | **Order Striking Pro Se Letter Filed in Violation of Local Rule 11-6(a)** |
| Michael David Thompson, | |
| Defendant | ECF No. 111 |

Michael Thompson, a criminal defendant represented by counsel, has filed a barely legible letter regarding his health and representations of counsel.[1] Thompson is advised that the court does not respond to letters or take action in response to letters; requests for relief must be made by motion.[2] And Thompson cannot personally file motions at this time because he is represented by counsel, and it is his attorney who must file motions on his behalf. Local Rule 11-6(a) explains that "A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."[3]

In light of these rules, if Thompson believes that relief is necessary, he must ask his attorney to bring a motion on his behalf. Thompson is cautioned that not all arguments that a defendant believes should be raised are meritorious, and there may be valid legal or strategic

---

[1] ECF No. 111.
[2] Fed. R. Crim. Proc. 12(b).
[3] LR IA 11-6(a).

reasons that trained counsel may find it unnecessary, improper, or unwise for a criminal defendant to bring an issue to the attention of the court.

Accordingly, the Clerk of Court is instructed to **STRIKE Thompson's letter [ECF No. 111] from the docket.** Defense counsel is directed to provide a copy of this order to Thompson.

DATED: June 8, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE