UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Michael David Thompson,<br><br>    Defendant | Case No.: 2:20-cr-00268-JAD-NJK<br><br>**Order Granting Motion to Strike Pro Se Letter Filed<br>in Violation of Local Rule 11-6(a)**<br><br>ECF Nos. 113, 114 |

Michael Thompson, a criminal defendant represented by counsel, has filed a barely legible letter regarding his health and representations of counsel.[1] Thompson is again advised that the court does not respond to letters or take action in response to letters; requests for relief must be made by motion.[2] And because Thompson is represented by counsel, he cannot personally file motions at this time; it is his attorney who must file motions on his behalf. Local Rule 11-6(a) explains that "A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."[3]

In light of these rules, if Thompson believes that relief is necessary, he must ask his attorney to bring a motion on his behalf. Thompson is again cautioned that not all arguments that a defendant believes should be raised are meritorious, and there may be valid legal or

---

[1] ECF No. 113.
[2] Fed. R. Crim. Proc. 12(b).
[3] LR IA 11-6(a).

strategic reasons that trained counsel may find it unnecessary, improper, or unwise for a criminal defendant to bring an issue to the attention of the court.

Accordingly, IT IS HEREBY ORDERED that the Government's Motion to Strike that letter **[ECF No. 114] is GRANTED**; the Clerk of Court is instructed to **STRIKE Thompson's letter [ECF No. 113] from the docket.** Defense counsel is directed to provide a copy of this order to Thompson and consult with him regarding the issues he has raised in this letter.

DATED: June 29, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE